DECEMBER 20, 1961

**No. 66312.**—Bruce Duncan Co., Inc., a/c School Furniture Import Co. *v.* United States, protest 312348–K.— Plaintiff's application for rehearing granted.